No. 04-00-00821-CV


IN RE Jose Luis RAMOS



Original Mandamus Proceeding


Arising from the 229th Judicial District Court, Jim Hogg County, Texas


Trial Court No. CC-00-16


Honorable Alex W. Gabert, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: December 13, 2000


PETITION FOR WRIT OF MANDAMUS DENIED


 The court has considered relator's petition for writ of mandamus and is of the opinion that
relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. See Tex. R.
App. P. 52.8(a). Relator shall pay all costs incurred in this proceeding.


 PER CURIAM

DO NOT PUBLISH